1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA Y. FLORES,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:20-cv-00888-DAD-SAB<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS* IN THIS ACTION AS MOOT, AND DIRECTING CLERK OF THE COURT TO ISSUE SUMMONSES AND NEW CASE DOCUMENTS<br><br>(ECF Nos. 3, 5) |

Christina Y. Flores ("Plaintiff") filed a complaint in this action seeking review of the final decision of the Commissioner of Social Security denying disability benefits.  (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 3.)   The undersigned reviewed Plaintiff's application to proceed *in forma pauperis* and found that it demonstrated that Plaintiff was not entitled to proceed without prepayment of fees in this action.   On June 29, 2020, a findings and recommendations issued recommending that Plaintiff's application to proceed without prepayment of fees be denied.  (ECF No. 5.)  On July 13, 2020, Plaintiff filed a motion for a fourteen day extension of time to file objections to the findings and recommendations. (ECF No. 6.)  Plaintiff's motion was granted and objections to the findings and recommendations were due within fourteen days of July 14, 2020.  (ECF No. 7.)  On July 27, 2020, Plaintiff paid

1

1  the filing fee in this action.

2      Accordingly, since the filing fee in this action has been paid, IT IS HEREBY ORDERED

3  that:

4      1.   Plaintiff's application to proceed in district court without prepaying fees or costs

5          (ECF No. 3) is DENIED AS MOOT ;

6      2.   The June 29, 2020 findings and recommendations recommending denying

7          Plaintiff's application to proceed without prepayment of fees (ECF No. 5) is

8          VACATED;

9      3.   The Clerk of the Court is DIRECTED to issue the summons and new case

10         documents in this action; and

11     4.   Plaintiff is directed to paragraph 1 of the scheduling order to be issued in this

12         action, which directs that the summons and complaint shall be served **within 20**

13         **days** of the filing of the complaint.  Plaintiff shall promptly file proof of service

14         with the Court upon completion of service.

15

16  IT IS SO ORDERED.

17  Dated:   **July 28, 2020**

                                   UNITED STATES MAGISTRATE JUDGE