# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA Y. FLORES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.  1:20-cv-00888-DAD-SAB<br><br>ORDER ADVISING PARTIES OF STAY OF ACTION PURSUANT TO GENERAL ORDER 615 |

　　　　Christina Y. Flores ("Plaintiff") filed a complaint in this action seeking review of the final decision of the Commissioner of Social Security denying disability benefits.  (ECF No. 1.)  On April 14, 2020, General Order Number 615 issued staying all Social Security actions filed after February 1, 2020 until the Commissioner may begin normal operations at the Office of Appellate Hearings Operations and may resume preparation of a certified copy of the administrative record.  On August 11, 2020, Plaintiff returned a proof of service showing that the summons and complaint in this action has been served.  (ECF No. 12.)

/ / /

/ / /

/ / /

/ / /

/ / /

1

1  Accordingly, the parties are HEREBY NOTIFIED that pursuant to General Order
2 Number 615, this action has been stayed and the stay will be automatically lifted when the
3 Commissioner files the certified copy of the administrative record. See E.D. Cal. G.O. No. 615,
4 ¶¶ 6, 10; see also ¶ 11 (setting forth good cause requirement to request lifting of stay in a specific
5 case).

IT IS SO ORDERED.

Dated: **August 12, 2020**

UNITED STATES MAGISTRATE JUDGE