1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  CRISTINA Y. FLORES,                        1:20-cv-00888-DAD-SAB

12                 Plaintiff,                   NEW CASE NUMBER:

13          v.                                  **1:20-cv-00888-SAB**

14  COMMISSIONER OF SOCIAL                      **ORDER REASSIGNING CASE**
    SECURITY,
15
                   Defendant.
16

17          All parties in the above-captioned case have consented to magistrate judge jurisdiction

18  over this action for all purposes, including trial and entry of final judgment, pursuant to 28 U.S.C.

19  §636(c)(1). (Doc. Nos. 8, 14.) Accordingly, this court reassigns this action to the docket of United

20  States Magistrate Judge Stanley A. Boone for all further proceedings, including trial and entry of

21  judgment, pursuant to 28 U.S.C. § 636(c)(1).

22          To prevent a delay in documents being received by the correct judicial officer, the new

23  case number listed below should be used on all future documents filed in this action.

24                              **1:20-cv-00888-SAB**

25  IT IS SO ORDERED.

26      Dated:  __August 24, 2020__        _____

27                                          UNITED STATES DISTRICT JUDGE

28

                                        1