# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA Y. FLORES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:20-cv-00888-SAB<br><br>ORDER RE STIPULATION FOR VOLUNTARY REMAND PURSUANT TO 42 U.S.C. § 405(g)<br><br>(ECF No. 16) |

　　　　Christina Y. Flores ("Plaintiff") filed this action seeking review of a final decision of the Commissioner of Social Security denying disability benefits. (ECF No. 1.) .) On February 25, 2021, the parties filed a stipulation agreeing to a voluntary remand of this matter pursuant to 42 U.S.C. § 405(g). (ECF No. 16.) Pursuant to the terms of the stipulation, the Appeals Council will instruct the Administrative Law Judge to reevaluate the opinion evidence; as warranted, reevaluate the Plaintiff's residual functional capacity; obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on the Plaintiff's ability to perform past relevant work and/or other work in the national economy, resolving any conflicts between the testimony and the DOT; and offer the Plaintiff an opportunity for a hearing; take any action needed to complete the administrative record; and issue a new decision.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. The above-captioned action be remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation for remand;
2. Judgment is entered in favor of Plaintiff Cristina Flores and against Defendant Commissioner of Social Security; and
3. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:  **February 26, 2021**

UNITED STATES MAGISTRATE JUDGE