# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA FLORES,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:20-cv-00888-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES<br><br>(ECF No. 19) |

Cristina Flores ("Plaintiff") filed the complaint in this action on June 23, 2020. (ECF No. 1.) On March 10, 2021, the Court remanded the action for further proceedings pursuant to the parties' stipulation. (ECF Nos. 16, 17, 18.) On May 11, 2021, the parties filed a stipulation for the award of attorney fees in the amount of $1,000.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"), and for costs in the amount of $400.00 pursuant to 28 U.S.C. § 1920. (ECF No. 19.) The award is without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA. (Id.)

///
///
///
///
///

Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, Plaintiff is awarded attorney fees under the EAJA in the amount of $1,000.00, and costs in the amount of $400.00 under 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated: **May 12, 2021**

UNITED STATES MAGISTRATE JUDGE